

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Zachary Blake Hernandez,

\* From the 385th District
Court of Midland County,
Trial Court No. CR38343.

Vs. No. 11-12-00348-CR

\* November 26, 2014

The State of Texas,

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.